| | |
|---|---|
| HOLLAND & KNIGHT LLP | Scott J. Sagaria (Bar # 217981) |
| Kyong M. Kim (SBN 273077) | sjsagaria@sagarialaw.com |
| David I. Holtzman (SBN 299287) | Elliot W. Gale (Bar # 263326) |
| 50 California Street, 28th Floor | egale@sagarialaw.com |
| San Francisco, CA 94111 | Scott M. Johnson (Bar # 287182) |
| Telephone: (415) 743-6900 | sjohnson@sagarialaw.com |
| Facsimile: (415) 743-6910 | **SAGARIA LAW, P.C.** |
| E-mail: kyong.kim@hklaw.com | 3017 Douglas Blvd., Ste. 100 |
| david.holtzman@hklaw.com | Roseville, CA 95661 |
| | 408-279-2288 ph |
| Attorneys for Defendant Bill Me Later, Inc. | 408-279-2299 fax |

Attorneys for Plaintiff Javier Contreras

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAVIER CONTRERAS, | Case No. 2:17-cv-02211-KJM-CKD |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT** |
| vs. | |
| PAYPAL, INC., | |
| Defendant. | |

This Court, having reviewed the Stipulated Motion to Extend Time for Defendant to Respond to Complaint, filed by each party to this matter, and for good cause shown, hereby orders that Defendant Bill Me Later, Inc.'s (sued as PayPal, Inc.) deadline to respond to plaintiff's complaint is extended to January 5, 2018.

IT IS SO ORDERED.

DATED: December 18, 2017.

_____
UNITED STATES DISTRICT JUDGE

Order Granting Stipulated Motion to Extend Time      Case No. 2:17-cv-02211-KJM-CKD