| | |
|---|---|
| HOLLAND & KNIGHT LLP<br>Kyong M. Kim (SBN 273077)<br>David I. Holtzman (SBN 299287)<br>50 California Street, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 743-6900<br>Facsimile: (415) 743-6910<br>E-mail: kyong.kim@hklaw.com<br>         david.holtzman@hklaw.com<br><br>Attorneys for Defendant Bill Me Later, Inc. | Scott J. Sagaria (Bar # 217981)<br>sjsagaria@sagarialaw.com<br>Elliot W. Gale (Bar # 263326)<br>egale@sagarialaw.com<br>Scott M. Johnson (Bar # 287182)<br>sjohnson@sagarialaw.com<br>**SAGARIA LAW, P.C.**<br>3017 Douglas Blvd., Ste. 100<br>Roseville, CA 95661<br>408-279-2288 ph<br>408-279-2299 fax<br><br>Attorneys for Plaintiff Javier Contreras |

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| JAVIER CONTRERAS,<br><br>    Plaintiff,<br><br>    vs.<br><br>PAYPAL, INC.,<br><br>Defendant. | Case No. 2:17-cv-02211-KJM-CKD<br><br>**ORDER GRANTING STIPULATION FOR BINDING ARBITRATION AND TO STAY ACTION PENDING ARBITRATION** |

This court, having reviewed the Stipulation for Binding Arbitration and to Stay Action Pending Arbitration, filed by each party to this matter, and for good cause shown, hereby orders that:

1. This matter is stayed in its entirety pursuant to 9 U.S.C. § 3.
2. The parties shall submit this matter to arbitration.
3. The parties' stipulation is approved. The parties shall notify the court within fourteen (14) days of completion of arbitration whether the stay should be lifted or the case dismissed.

DATED: January 16, 2018.

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Stipulated Motion to Extend Time

Case No. 2:17-cv-02211-KJM-CKD